IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD RILEY,** | : | **CIVIL NO. 1:15-CV-1371** |
| **Plaintiff** | : | **(Judge Rambo)** |
| **v.** | : | **(Magistrate Judge Schwab)** |
| **EDWARD M. MARSICO, JR.,** | : | |
| **Defendant** | : | |

## O R D E R

AND NOW, this 6th day of August, 2015, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Schwab (Doc. 6).

2) Plaintiff is granted leave to proceed *in forma pauperis.*

3) The captioned action is dismissed with prejudice for failure to state a claim.

4) The Clerk of Court shall close this file.

5) Any appeal from this order will be deemed frivolous and not taken in good faith.

s/Sylvia H. Rambo
United States District Judge